## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**KIRK POWERS**

**VERSUS**

**ALLSTATE VEHICLE
AND PROPERTY INSURANCE
COMPANY, ET AL.**

**CIVIL ACTION**

**NO. 22-765-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 15, 2024 (Doc. 40), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice pursuant to Fed. Rules Civ. P. 16 and 37.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>April 30, 2024</u>.

**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**